1130

LEWY, Appellant, v. NORTH GERMAN LLOYD, Respondent. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Alexander Lewy against the North German Lloyd. No opinion. Motion granted, with $10 costs.

LYMAN v. DWYER et al. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) Action by Henry H. Lyman, as excise commissioner, against John E. Dwyer and 40 others. No opinion. Defendants' motion for judgment, etc., denied, and plaintiff's motion for stay granted.

LYNTZ, Respondent, v. FLETCHER, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1898.) Action by Mary Lyntz against William P. Fletcher. No opinion. Order modified so that the condition shall be on payment of $10 costs, and of fees of witnesses and other taxable disbursements, made or incurred, which were rendered ineffectual by the adjournment, on the authority of Kennedy v. Wood, 54 Hun, 14, 7 N. Y. Supp. 90.

LYONS, Appellant, v. HAMBURGER, Respondent. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Joseph J. Lyons against Solomon A. Hamburger, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

McDERMOTT, Respondent, v. O'REILLY, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Michael McDermott, as administrator, etc., against James O'Reilly, as executor, etc. No opinion. Judgment affirmed, with costs.

McDONALD, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Jane McDonald against the Metropolitan Life Insurance Company. No opinion. Judgment and order affirmed, with costs.

MAHONEY, Respondent, v. McCLOUD et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 2, 1898.) Action by Thomas Mahoney against James McCloud and others. No opinion. Judgment and order affirmed, with costs.

MALLETTE, Respondent, v. ROCHESTER & KETTLE FALLS LAND CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by James Mallette against the Rochester & Kettle Falls Land Company. No opinion. Order affirmed, with $10 costs and disbursements.

MARTIN, Respondent, v. MURPHY, Appellant. (Supreme Court, Appellate Division, Third Department. March 2, 1898.) Action by Orren E. Martin against Michael B. Murphy. No opinion. Judgment affirmed, with costs.

MAGNUS, Appellant, v. BUFFALO RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Joseph Magnus against the Buffalo Railway Company. No opinion. Motion denied, with $10 costs. See 48 N. Y. Supp. 490.

In re MAYOR, ETC., OF CITY OF NEW YORK. In re EAST 168TH ST. (Supreme Court, Appellate Division, First Department. November Term, 1897.) In the matter of the mayor, etc., of the City of New York and in the matter of East 168th street. No opinion. Reargument ordered.

MEAD, Respondent, v. HEATH et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) Action by Louisa A. Mead against Harriet R. Heath and others. No opinion. Judgment affirmed, with costs.

MELCHER, Appellant, v. KREISER, Respondent. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by John L. Melcher, as attorney and agent for the owners, against Samuel Kreiser. No opinion. Order affirmed, with $10 costs and disbursements. See 47 N. Y. Supp. 71.

MIDLAM v. LARKIN. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Edwin Midlam, as executor, etc., against Horace Larkin, as executor, etc. No opinion. Judgment affirmed, with costs.

MILLER, Respondent, v. OTIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Henry T. Miller against Ira L. Otis and William H. Gorsline. No opinion. Order affirmed, with costs.

MOON, Respondent, v. FURNACEVILLE IRON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by William Moon against the Furnaceville Iron Company. No opinion. Judgment affirmed, with costs. All concur, except ADAMS, J., not voting.

MORAN, Respondent, v. VILLAGE OF FT. EDWARD, Appellant. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) Action by Anna Moran against the village of Ft. Edward. No opinion. Judgment and order affirmed, with costs.

In re MORRISON et al. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) In the matter of the application of Roderick Morrison and another to discontinue a highway in the town of Bethel. No opinion. Order affirmed, with $10 costs and disbursements.